UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDDIE BREWER, | ) | 1:07-cv-00120-AWI-NEW (DLB) PC |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING THIRTY-DAY EXTENSION OF TIME TO FILE AMENDED COMPLAINT |
| J. WILLIAM McGUINNESS, | ) | |
| Defendant. | ) | (DOCUMENT #10) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 7, 2007, plaintiff filed a motion to extend time to file his Amended Complaint pursuant to the Court's Order of May 8, 2007 (Document #9). Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file his Amended Complaint.

IT IS SO ORDERED.

Dated: **July 11, 2007**          /s/ Dennis L. Beck
                                  UNITED STATES MAGISTRATE JUDGE