IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE BREWER, | 1:07-cv-00120-AWI-NEW (DLB) PC |
| Plaintiff, | ORDER GRANTING SECOND MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT |
| vs. | |
| J. WILLIAM McGUINNESS, et al., | (DOCUMENT #12) |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On August 6, 2007, plaintiff filed a second motion to extend time to file an amended complaint.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

Dated:   **August 24, 2007**            /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE