# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE BREWER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM McGUINNESS, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:07-cv-00120-AWI-GSA PC<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR INSERTION OF CORRECTED PAGES<br><br>(Doc. 15) |

　　　Plaintiff Eddie Brewer ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 12, 2007, plaintiff filed an amended complaint in compliance with the court's order of August 24, 2007. On September 20, 2007, plaintiff filed a notice stating that he made several errors in his amended complaint. With the notice, plaintiff submitted corrected pages and requested that the court replace the pages originally submitted with the corrected pages.

　　　The court made an exception in this instance and plaintiff's corrected pages have been inserted in the amended complaint in place of the pages with errors. Plaintiff may not make any further corrections in this manner, as the court does not have the resources to devote to correcting errors in this way. Any further corrections or amendments will require the submission of an amended complaint that is complete within itself. Forsyth v. Humana, Inc., 114 F.3d 1467, 1474 (9th Cir. 1997); King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987); Local Rule 15-220.

///

///

1

As set forth herein, plaintiff's request for insertion of corrected pages, filed September 20, 2007, is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:  October 24, 2007           /s/ Gary S. Austin
                                   UNITED STATES MAGISTRATE JUDGE

2