# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE BREWER, | CASE NO. 1:07-cv-00120-AWI-GSA PC |
| Plaintiff, | ORDER STRIKING MOTION FOR PRELIMINARY INJUNCTION FOR LACK OF SIGNATURE |
| v. | |
| WILLIAM McGUINNESS, et al., | (Doc. 18) |
| Defendants. | ORDER DENYING MOTION FOR COMMENCEMENT OF ACTION AS MOOT |
| | (Doc. 19) |

Plaintiff Eddie Brewer ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 12, 2007, Plaintiff filed a motion seeking the issuance of a preliminary injunction, and on April 10, 2008, Plaintiff filed a motion seeking commencement of this action.

Plaintiff failed to sign his motion for preliminary injunctive relief. Each document submitted for filing must include the original signature of the filing party or parties, Local Rule 7-131; Fed. R. Civ. P. 11(a), and unsigned filings will be stricken from the record. Therefore, Plaintiff's motion shall be stricken for lack of signature.

Plaintiff's concern that this action must be commenced or it will be dismissed for failure to prosecute is misplaced. The Court will not dismiss for failure to prosecute due to case delays not within Plaintiff's control. In any event, Plaintiff's motion is moot because the amended complaint has been screened in a findings and recommendations issued concurrently with this order.

1  Based on the foregoing, Plaintiff's motion seeking the issuance of a preliminary injunction,
2  filed on December 12, 2007, is STRICKEN for lack of signature, and Plaintiff's motion seeking
3  commencement of this action, filed April 10, 2008, is DENIED as moot.

6  IT IS SO ORDERED.
7  **Dated:   April 24, 2008**                        /s/ **Gary S. Austin**
                                                       UNITED STATES MAGISTRATE JUDGE