# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE BREWER,<br><br>        Plaintiff,<br><br>    v.<br><br>WILLIAM McGUINNESS, et al.,<br><br>        Defendants. | CASE NO. 1:07-cv-00120-AWI-GSA PC<br><br>ORDER DENYING MOTION FOR RECONSIDERATION<br><br>(Doc. 24) |

    Plaintiff Eddie Brewer ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 25, 2008, the Court issued an order striking Plaintiff's motion for preliminary injunctive relief because it was not signed. On May 15, 2008, Plaintiff filed a motion for reconsideration. Plaintiff asserts that he made an error and should not be held to the same standard as someone trained in the law.

    The requirement that all filings be signed cannot be waived, and the Court cannot consider a motion that is unsigned. Local Rule 7-131; Fed. R. Civ. P. 11(a). Plaintiff's motion for reconsideration is without merit and is HEREBY DENIED, with prejudice.

IT IS SO ORDERED.

Dated: **May 16, 2008**     /s/ **Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE