# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE BREWER,<br><br>        Plaintiff,<br><br>    v.<br><br>WILLIAM McGUINNESS, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:07-cv-00120-AWI-GSA PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF<br><br>(Docs. 22 and 25) |

Plaintiff Eddie Brewer ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 16, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on Plaintiff and which contained notice that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff did not file an Objection.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. Accordingly, IT IS HEREBY ORDERED that:

    1.    The Findings and Recommendations, filed May 16, 2008, is adopted in full; and

///

///

1

2.       Plaintiff's motion for preliminary injunctive relief, filed May 15, 2008, is DENIED.

IT IS SO ORDERED.

**Dated:      July 25, 2008                               /s/ Anthony W. Ishii**
                                                  CHIEF UNITED STATES DISTRICT JUDGE