# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE BREWER, | CASE NO. 1:07-cv-00120-AWI-GSA PC |
| Plaintiff, | ORDER RELIEVING DEFENDANT GRANNIS OF HER OBLIGATION TO FILE A RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT |
| v. | |
| WILLIAM McGUINNESS, et al., | (Doc. 44) |
| Defendants. | |

Defendant Grannis waived service of the summons and second amended complaint, but has not filed a response. (Doc. 44.) In a Findings and Recommendations issued concurrently with this Order, the Court recommended granting in part and denying in part Defendant McGuinness's motion to dismiss, and sua sponte screened the claims in the second amended complaint not addressed in Defendant's motion. The Court recommended Plaintiff be granted leave to file a third amended complaint.

In light of those recommendations, Defendant Grannis is HEREBY RELIEVED of her obligation to file a response to Plaintiff's second amended complaint.

IT IS SO ORDERED.

Dated:   **August 28, 2009**          _____**/s/ Gary S. Austin**_____
                                       UNITED STATES MAGISTRATE JUDGE

1