# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE BREWER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM McGUINNESS, et al.,<br><br>　　　　　　Defendants. | CASE NO. 1:07-cv-00120-AWI-GSA PC<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM, AND DIRECTING CLERK'S OFFICE TO ENTER JUDGMENT<br><br>(Doc. 48) |

　　　Plaintiff Eddie Brewer, a state prisoner proceeding pro se and in forma pauperis, filed this civil action pursuant to 42 U.S.C. § 1983 and California tort law on January 22, 2007. On October 27, 2009, the Court issued an order (1) granting in part and denying in part Defendant McGuinness's motion to dismiss, (2) *sua sponte* dismissing Plaintiff's Eighth Amendment claims against Defendants McGuinness and Grannis for failure to state a claim, (3) *sua sponte* dismissing Plaintiff's negligence claim against Defendant Grannis for failure to state a claim; and (4) requiring Plaintiff to file a third amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). Plaintiff was warned that if he failed to file a third amended complaint in compliance with the order, this action would be dismissed, with prejudice, for failure to state any claims.

　　　More than thirty days have passed and Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

///

///

1

Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which relief may be granted. The Clerk's Office SHALL enter judgment against Plaintiff.

IT IS SO ORDERED.

**Dated:   December 23, 2009**               /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE